1  DURIE TANGRI LLP
   MICHAEL H. PAGE (SBN 154913)
2  mpage@durietangri.com
   MARK A. LEMLEY (SBN 155830)
3  mlemley@durietangri.com
   JOSEPH C. GRATZ (SBN 240676)
4  jgratz@durietangri.com
   217 Leidesdorff Street
5  San Francisco, CA  94111
   Telephone: 415-362-6666
6  Facsimile:  415-236-6300

7  Attorneys for Defendant
   TVEYES, INC.
8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE CENTRAL DISTRICT OF CALIFORNIA

11                           WESTERN DIVISION

12 | DIRECTV, LLC, a California limited liability company, | Case No. 2:15-cv-04364-FMO-AGR

**NOTICE OF SETTLEMENT**

Ctrm: 22 - 5th Floor
Judge: Honorable Fernando M. Olguin

Plaintiff,

v.

TVEYES, INC., a Delaware corporation,

Defendant.

---

NOTICE OF SETTLEMENT / CASE NO. 2:15-CV-04364-FMO-AGR

1 | Pursuant to Local Rule 40-2, Defendant TVEyes, Inc. hereby submits this Notice of Settlement to advise the Court that the parties have reached and memorialized a settlement of all claims in the above-captioned matter. The parties anticipate filing a dismissal with prejudice within 30 days. Accordingly, all pending dates, including Defendant's Motion to Dismiss currently set for December 17, 2015, may be taken off calendar.

Dated: November 23, 2015                    DURIE TANGRI LLP

                                            By: _____/s/ Michael H. Page_____
                                                    MICHAEL H. PAGE

                                            Attorneys for Defendant
                                            TVEYES. INC.

# **CERTIFICATE OF SERVICE**

I, Michael H. Page, hereby certify that on November 23, 2015 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ Michael H. Page*
MICHAEL H. PAGE