**JS−6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, LLC <br><br> Plaintiff(s), <br><br> v. <br><br> TVEYES, INC. <br><br><br> Defendant(s). | CASE NO: <br> 2:15−cv−04364−FMO−AGR <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 30 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

DATED: November 24, 2015       /s/ *Fernando M. Olguin*
                              Fernando M. Olguin
                              United States District Judge